UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOLLAR ENERGY FUND, INC. DATA SECURITY INCIDENT LITIGATION**. | Case No. 2:23-cv-01916-WSS <br><br> **STIPULATION OF DISMISSAL** |

The parties, by and through their counsel of record, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal "without a court order" upon a "stipulation of dismissal signed by all parties who have appeared"). This stipulation of dismissal shall not affect the claims of any other putative class members as no class has been certified and this voluntary dismissal dismisses the class action allegations without prejudice. Each party shall bear its own fees and costs.

Dated: May 21, 2025

Respectfully submitted,

By:   */s/ Randi Kassan*
Randi Kassan
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza
Garden City, NY 11530
Telephone: (516) 741-5600
rkassan@milberg.com

John J. Nelson (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W Broadway, Suite 1760
San Diego, CA 92101
Tel.:   (858) 209-6941
jnelson@milberg.com

*Attorneys for Plaintiff*

By:    _/s/ Jill Fertel_
Ernie F. Koschineg
Jill H. Fertel, *pro hac vice*
**CIPRIANI & WERNER, P.C.**
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
Telephone: (610) 567-0700
Fax: (610) 567-0700
jfertel@c-wlaw.com
ekoschineg@c-wlaw.com

*Attorneys for Defendant Dollar Energy Fund*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 21, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Randi Kassan*
Randi Kassan
